UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| **CASE NO.:** | 8:21-cr-174-KKM-TGW | **DATE:** | July 15, 2021 |
|---|---|---|---|
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA v. GREG KENDRICK | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL** Michael Gordon, AUSA | |
| | | **DEFENSE COUNSEL** Bryant Scriven, CJA | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Eric Calderon |
| **TIME:** 2:01 – 2:11 | **TOTAL:** 0:10 | **COURTROOM:** | 11B |

**PROCEEDINGS: BOND / DETENTION**

GOVT ORAL MOTION FOR DETENTION
GOVT POSITION ON DETENTION: flight risk and danger to community, possible active warrant out of the State of Georgia

ORAL MOTION BY DEFENDANT FOR RELEASE FROM CUSTODY
DEFT POSITION ON RELEASE: defendant is able to reside with his girlfriend Carnequa Evans who is willing to ensure the defendant will attend court and abide by conditions of release, agreeable to electronic monitoring

COURT ORDERS DEFENDANT DETAINED