UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:21-cr-174-KKM-TGW

GREG KENDRICK

_____

ACCEPTANCE OF PLEA OF GUILTY
AND ADJUDICATION OF GUILT

The defendant, Greg Kendrick, entered a plea of guilty to Count One of the Indictment before Magistrate Judge Thomas G. Wilson on October 21, 2021. The Magistrate Judge issued a Report and Recommendation, recommending that the Court accept the plea of guilty and adjudge Greg Kendrick guilty. As no timely objection appears, the following is **ORDERED**:

1. The Court adopts the Magistrate Judge's Report and Recommendation.

2. The Court adjudges Greg Kendrick guilty as to Count One of the Indictment.

3. The sentencing will occur on January 7, 2022, at 10:00 a.m. in Courtroom 13B of the United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602-3800.

4. Counsel must file any motion for a continuance of sentencing at least

fourteen (14) days before the sentencing date. A motion for continuance must include a statement of the other party's support or opposition to the proposed continuance.

5. Counsel for both parties must file a sentencing memorandum setting forth that respective party's sentencing recommendation. The memoranda are due at least **seven (7) days** before the sentencing date.

6. Counsel must promptly notify the Deputy Clerk if a party is seeking an evidentiary sentencing hearing or if a party anticipates that the sentencing hearing will exceed thirty (30) minutes.

**ORDERED** in Tampa, Florida, on November 5, 2021.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge

Copies furnished to:   All Parties and Counsel of Record
Agencies:   USPTS; USMS; USPO